UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
STARR INDEMNITY AND LIABILITY
COMPANY,
                              Plaintiff,        20 Civ. 0546 (LGS)

          -against-                         ORDER

NORTH AMERICAN RISK SERVICES, INC.,
                              Defendant.
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, pursuant to this Court's Order on April 28, 2020, the parties were directed to file a joint status letter by May 12, 2020 (Dkt. No. 19);

       WHERAS, no such status letter was filed.  It is hereby

       ORDERED that the parties shall file the joint status letter by **May 18, 2020**.

Dated: May 13, 2020
       New York, New York

                                                **LORNA G. SCHOFIELD**
                                         **UNITED STATES DISTRICT JUDGE**