```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
STAR INDEMNITY AND LIABILITY                                :
COMPANY,                                                    :
                              Plaintiff,                    :    20 Civ. 546 (LGS)
                                                            :
            -against-                                       :    ORDER
                                                            :
NORTH AMERICAN RISK SERVICES, INC.,                         :
                              Defendant.                    :
------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Second Amended Civil Case Management Plan and Scheduling Order directed the parties to file a joint status letter on September 30, 2020.  Dkt. No. 28.

WHEREAS, no such letter was filed.  It is hereby

**ORDERED** that, by **October 6, 2020**, the parties shall file the status letter.

Dated: October 2, 2020
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**