UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
STAR INDEMNITY AND LIABILITY CO., :
                              Plaintiff, :
                                    :      20 Civ. 546 (LGS)
             -against- :
                                      :         ORDER
NORTH AMERICAN RISK SERVICES, INC., :
                           Defendant. :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, the Third Amended Civil Case Management Plan and Scheduling Order directs the parties to file a joint status letter, as outlined in Individual Rule IV.A.2, by November 20, 2020. Dkt. No. 36, 4/5.

       WHEREAS, no such letter was filed. It is hereby

       **ORDERED** that, by **November 25, 2020**, the parties shall file the status letter.

Dated: November 23, 2020
       New York, New York

                                                 LORNA G. SCHOFIELD
                                          **UNITED STATES DISTRICT JUDGE**